IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01275-LTB

J M (MARIA J) FAY, also known as,
J M FAY, also known as,
J. M. Fay, also known as,
MARIA J. FAY,

    Plaintiff,

v.

CHIEF JUSTICE JOHN ROBERTS, JR.,

    Defendant.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 17, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 17th day of June, 2014.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk


                          By: s/K Lyons
                              Deputy Clerk